TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00733-CV

University Sports Publications Co., Inc. and Amalgamated Acme

Affiliates, Inc., Appellants

v.

Perry Minton and Dean Allen Associates, Ltd, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 99-12045
, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING 

 We withdraw our original opinion and judgment issued April 5, 2001, and
substitute this one in its place. Appellants University Sports Publications Co., Inc. and
Amalgamated Acme Affiliates, Inc. filed an unopposed motion to dismiss their appeal and to
release supersedeas bond to appellants based on a settlement agreement with appellees Dean Allen
Associates, Ltd. and Perry Minton. We grant the motion and dismiss this appeal. Tex. R. App.
P. 42.1(a)(2).

 

 Bea Ann Smith, Justice

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Joint Motion

Filed: April 12, 2001

Do Not Publish